# Witham v. Keith.

APPEAL from Anniston City Court, in Equity.

Tried before the Hon. JAMES W. LAPSLEY.

METHVIN & KELLY, and J. J. WILLETT, for appellant.

BLACKWELL & KEITH  contra.

The proceedings in this case arose upon a petition by
the appellant, to have set aside a judicial sale.   There
was a decree rendered that the petitioner was not entitl-
ed to the relief prayed for, and the petition was dismiss-
ed.   Decree affirmed.
Opinion by MCCLELLAN, J,

------

# Robinson v. Brown.

APPEAL from Jefferson Circuit Court.

Tried before the Hon. JAMES J. BANKS.

KENNEDY & HICKMAN, for appellant.

JOHN H. MILLER, contra.

This was an attachment suit, brought by W. W.
Brown to collect rent alleged to be due for the use of a
dwelling.   There was judgment for the plaintiff, and
defendant appeals.   Judgment affirmed.
Opinion by COLEMAN, J.